IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          CASE NO. 1:07-cv-00036-MP-AK

TAMMY MOORE,
CHARLES MOORE, and
SUWANNEE CABLE TV,

    Defendants.

_____/

## **O R D E R**

This matter came before the Court for a telephonic status conference, in which the attorney for the government and the attorney for Ms. Moore participated.  During the hearing, the government informed the Court that personal service had not yet been effected on Mr. Moore, and that it was believed that Mr. Moore was in Switzerland.  As stated during the hearing, the case shall be abated for 30 days for the government to attempt to effect service on Mr. Moore or to inform the Court that no service could be effected.

    **DONE AND ORDERED** this *30th* day of January, 2008

                                    *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge