IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    CASE NO. 1:07-cv-00036-MP-AK

TAMMY MOORE,
CHARLES MOORE,
SUWANNEE CABLE TV,

    Defendants.

_____/

ORDER ADOPTING SETTLEMENT AGREEMENT

UPON CONSIDERATION of the settlement agreement reached between Plaintiff and defendant Tammy Moore,

IT IS ORDERED that this cases is hereby dismissed with prejudice as to defendant Tammy Moore.  As to any remaining defendants, the case remains pending.

**DONE AND ORDERED** this  *19th* day of March, 2008

                              *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge