IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                     CASE NO. 1:07-cv-00036-MP-AK

CHARLES MOORE, d/b/a
SUWANNEE CABLE TV,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 31, Motion to Dismiss Without Prejudice by United States of America.  The motion is granted, and it is hereby

**ORDERED AND ADJUDGED:**

This matter is dismissed without prejudice as to Charles Moore, d/b/a Suwannee Cable TV.  The case against Defendant Tammy Moore having been previously dismissed with prejudice (doc. 30), this case is fully resolved.  The Clerk is therefore directed to close this file.

**DONE AND ORDERED** this  *22nd*   day of April, 2008

                                *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge